


Presented by: **Anthony Pellegrino**



GOLDSTONE
— FINANCIAL GROUP —

**One Lincoln Centre**
**18W140 Butterfield Road, 14th Floor | Oakbrook Terrace, IL 60181**
**www.GoldstoneFinancialGroup.com | (630) 620-9300**

Investment Advisory Services offered through Goldstone Financial Group, LLC an SEC Registered Investment Advisor. Guarantees provided by insurance products are backed by the claims paying ability of the issuing carrier. Past performance is not a guarantee of future results

| SECURITIES | TIME | CONTRACTS |
| --- | --- | --- |
| | | |
| | | |
| | | |

# 2008 MARKET CRASH

**Criteria for Merchant Cash Advance**

- **Credit Score**
- **Last 36 Months of Bank Statements**
- **Need 10x Amount of Daily Statements**
- **Sign On As Personal Guarantor**
- **Must Have Lienable Assets**
  - **UCC** *Uniform Commercial Code for Collateral*
- **Only Lend 1% to ANY Business**




## ARE THERE RISKS?

- Historical Default Rate
- Banks Make Money by ________ our money

# DAILY EARNINGS

- Daily Earnings via ACH
- Monthly Statement
- In 7 months- Letter with Options
- Leave as is (Re-up in 9 Months)
- Pull Out Earnings

# FIN TECH
## Financial Technology

- Take Out Money
- ____ Billion Industry
- ____ % Increase Per Year Growth
- Amazon Invested ___ Billion

# WHAT TYPE OF MONEY CAN I HERE?

- ____________________________
- ____________________________
- ____________________________
- ____________________________

## ACTIVELY MANAGED ACCOUNTS