

**Pell Corp Brothers, Inc.**
**Anthony Pellegrino**
630-542-4040
goldstonefg@gmail.com

## Lender Type

- ☐ Individual       ☐ Joint
- ☐ Trust    ☐ Revocable   ☐ Irrevocable   ☐ Other:_____
  Trust Name:_____
- ☐ Entity   ☐ LLC   ☐ S-Corp   ☐ C-Corp   ☐ Partnership   ☐ Sole Proprietor
  Entity Name:_____

**Retirement Plan**
  ☐ Traditional IRA   ☒ Roth IRA   ☐ Other IRA:_____
  ☐ 401(k)   ☐ Profit Sharing Plan   ☐ Other:_____
  Plan Name:_____

Loan Amount: __39,319.47__        Funding Method: __Provident__

## Contact Information

**Lender #1**

Mark Harrah ROTH IRA
*Name (First, Last)*

[redacted]
*Address*

[redacted]
*Address cont'd*

[redacted]
*Phone*

[redacted]
*E-mail Address*

[redacted]
*Date of Birth*

[redacted]
*Social Security Number*

**Lender #2**

*Name (First, Last)*

*Address*

*Address cont'd*

*Phone*

*E-mail Address*

*Date of Birth*

*Social Security Number*

**Online Portal Access**   *Check to receive online account access*
☒ Yes        ☐ No