

# GOLDSTONE
## — FINANCIAL GROUP —

Memorandum of Indebtedness (MOI)

Statement of Understanding

A Memorandum of Indebtedness (MOI) is a private commercial loan. Typically, MOIs are not regulated by any state or federal securities agencies, insurance agencies, or banking agencies. MOIs are regulated by traditional commercial and business laws. As private commercial loans, the availability of such transactions may be limited.

In a MOI transaction, clients (lenders) loan funds to 1st Global Capital (1GC) who then advance the funds to multiple commercial borrowers/merchants. The proposed MOI transactions are 9 months in length and are diversified in multiple merchant advances to reduce the risk to 1GC and to the clients.

- MOIs are not bank assets and do not have FDIC insurance.

- MOIs are not insurance products and are not monitored by the insurance industry.

- MOIs are not securities or investment products.

In general, under the federal Securities acts, notes with a maturity of 9 months or less are **not** considered securities. *Securities Act § 2(1), 3(a)(3), Exchange Act § 3(a)(10).*

Financial Professionals may differ in their analysis as to the degree of risk involved in participating in a MOI transaction. After a careful and thorough review of:

- the company issuing the contract (1GC),
- the contract itself,
- the diversification of the merchant advances, and
- 1GC's underwriting, collections, and collateral process,

There is some degree of potential risk of loss of principal in some circumstances.