

Submitted 1/8/18
Funds @ Provident 1/5/18

# Roth IRA Conversion Form

Client Services: (888) 855-9856 • info@trustprovident.com

The term IRA will be used below to mean Traditional IRA and SIMPLE IRA, unless otherwise specified.

## Section 1 — Account Owner Information

Type of IRA to be Converted:
- [ ] Traditional
- [X] SIMPLE (circled: SEP)

First Name: **MaRK**
M.I.: **R**
Last Name: **HaRRah**

Traditional/SIMPLE Account #: (Converting IRA) (SEP written above)
[redacted]

Email: [redacted]

Last 4 Social Security #: [redacted]

Roth IRA Account #: (If applicable)
[redacted]

> Please note that if you have not already opened your Roth account at Provident, you must also fill out the Roth Application and submit it to us with this Conversion Form for processing.

## Section 2 — Provident Processing

If you would like expedited processing, please select one of the options below. If no option is selected, "Normal Processing" will apply. Processing fees will be paid by the cash available in your account unless you indicate otherwise.

For "Next-Day" or "Same-Day" Service, all documents must be received, and in good order, by 10am PST.

- [X] **Normal Processing** — Processed within 3 business days.
- [ ] **Next-Day Service** ($50.00) — Processed by 4PM PST next business day.
- [ ] **Same-Day Service** ($100.00) — Processed within the same day.

## Section 3 — Conversion Instructions

All Roth Conversion requests must be accompanied by a recent, third party Fair Market Valuation (dated within the past 30 days of the conversion submission) to be eligible for a conversion. **Please note:** If you do not have a Roth IRA currently open with Provident Trust Group please visit https://trustprovident.com/wp-content/Forms/Application-Roth.pdf to download and complete the Roth Application, which you will need to simultaneously submit with this Conversion Form.

Please select Option A or Option B below.

- [X] **Option A: Complete Conversion:** This conversion will close my IRA after the conversion is completed.
  *We will waive the $250 closing fee on your Traditional/ SIMPLE IRA if you are maintaining a Roth IRA with Provident.*

- [ ] **Option B: Partial Conversion:** This conversion will keep my IRA open after the conversion is completed.
  *You must maintain a minimum of $500 cash balance in each IRA, at all times.*

| Section 4 | Assets to Convert | | |
|---|---|---|---|
| | Asset Description: *(i.e. Cash Balance, Property Address, Policy ID, etc.)* | Dollar Amount to be Converted: | Units to be Converted: *(if applicable)* |
| Asset 1: *($95 Fee)* | Cash Balance | | |
| Asset 2: *($25 Fee)* | | | |
| Asset 3: *($25 Fee)* | | | |
| Asset 4: *($25 Fee)* | | | |
| Asset 5: *($25 Fee)* | | | |

## Section 5 | Roth IRA Conversion Requirements *(To be an eligible conversion, all questions must be answered NO or N/A)*

**A. Timeliness**
Have more than 60 days elapsed since you received the distribution from the distributing IRA?   ☐ Yes  ☒ No  ☐ N/A

**B. 70 ½ Conversion Restriction**
If you are age 70½ or older in this calendar year, does the conversion contribution contain any amounts which constitute a Required Minimum Distribution?   ☐ Yes  ☐ No  ☒ N/A

**C. Reconversion Restriction**
If this is a reconversion of a prior conversion, is it within the same taxable year of the prior conversion or, if later, within 30 days of re-characterizing the prior conversion?   ☐ Yes  ☐ No  ☒ N/A

**D. Two Year Restriction**
If this is a conversion from a SIMPLE IRA, has it been less than two years since you first participated in a SIMPLE IRA plan sponsored by your employer?   ☐ Yes  ☐ No  ☒ N/A

## Section 6 | Withholding Election *(Form W-4P, OMB No. 1545-0074)*

Please Select One: *(If an option is not selected, 10% will be withheld from the distribution by default.)*

☐ Withhold Federal Income tax at a rate of [ ] % from the amount converted.
*This option is only available if cash is being converted.*

☒ Only available for IRAs. **DO NOT** Withhold Federal Income Tax.
I understand that I am still liable for the payment of Federal Income Tax on the amount of any distributions received. I also understand that I may be subject to Federal Income Tax penalties under the estimated tax payment rules if my payments of the estimated tax and withholding are sufficient.

## Section 7 | Account Owner Agreement and Authorization

**Important: Please read before signing.**
I certify that the information provided is true and correct to the best of my knowledge. I certify that no tax advice has been given to me by the Administrator or Custodian. I hereby irrevocable elect, to treat this transaction as a conversion as permitted under the IRS Regulations. I acknowledge that the distribution and conversion transactions will be reported to the IRS. I acknowledge that this conversion will be taxed in the calendar year it is completed. I expressly assume the responsibility for any adverse consequences which may arise from this conversion request and I agree that the Administrator and/or Custodian shall in no way be responsible for those consequences. I hereby release the Administrator and/or Custodian from any claim for damages on account of the failure of this transaction to qualify as a valid conversion.

| Account Owner Signature: | Account Owner Name: *(Please Type or Print)* | Date: |
|---|---|---|
| *[signed]* Mark R Harrah | MARK R. Harrah | 11-29-17 |

12/11/17   TR_FGC_IRA



# Individual Retirement Account
## Traditional • (Roth)

Client Services: (888) 855-9856 • info@trustprovident.com

## Section 1 — Account Owner Information

**Type of IRA:** [ ] Traditional  [X] Roth
**Title:** MR
**First Name:** MARK
**M.I.:** R.
**Last Name:** Harrah

**Street Address:** [redacted]
**City:** [redacted]
**State:** [redacted]
**Zip:** [redacted]

**Mailing Address (If Different Than Above):** [redacted]
**City:** [redacted]
**State:** [redacted]
**Zip:** [redacted]

**Primary Phone:** [redacted]
**Alternate Phone:**
**Fax Number:**

**Social Security Number:** [redacted]
**Date of Birth (MM-DD-YYYY):** [redacted]
**Email Address:** [redacted]

**Photo Identification:** DL - IL
**Identification Number:** [redacted]

⚠ Please attach a legible color copy of a valid photo ID.

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: When you open an account, we will ask your name, address, date of birth, social security number or tax identification number and other information that will allow us to identify you. This information will be verified to ensure the identity of all persons opening an account. In certain instances, Provident Trust Group ("PTG") is required to collect documents to fulfill its legal obligation. Documents provided in connection with your application will be used solely to establish and verify a customer's identity, and PTG shall have no obligation with respect to the terms of any such document.

## Section 2 — Credit Card Authorization

**Card Type:** [ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express
**Name of Card Holder:**

**Billing Address:**
**City:**
**State:**
**Zip:**

**Card Number:**
**Expiration Date:** MM [ ]  YYYY [ ]

Your Custodian requires that all Account Owners maintain a valid credit card on file to maintain their account. The Account Owner gives the Custodian the right to charge the Account Owner's card or debit cash from their account if their preferred method of payment fails. Account Owner reserves the right to terminate the deduction at any time but must do so in writing. The Custodian is not liable for Account Owner's failure to notify the Custodian of alternative payment.

Alternatively, if the undersigned has provided credit card information to the Custodian to maintain on file, the undersigned gives the Custodian the right to charge the undersigned's card or debit cash from their account if the Account Owner's preferred method of payment fails.

**Card Holder's Signature:** _____

TR_FGC_IRA

## Section 3 — Agent / Individual Authorization (If Applicable)

Complete this section if you would like to authorize an individual the ability to discuss account information on your behalf. This individual will have informational access ONLY.

| First Name: | Last Name: | Business Name: |
|---|---|---|
| N/A | N/A | Goldstone Financial Group |

| Address: | City: | State: | Zip: |
|---|---|---|---|
| 18W140 Butterfield Rd. Suite 1490 | Oakbrook Terrace | IL | 60181 |

| Phone: | Fax: | Email Address: |
|---|---|---|
| ■ | | |

Passcode: *(4 Digits)*

■  (Select a 4-digit password that we can use to identify you as the agent.)

Provident Trust Group does NOT issue any monetary distributions at the direction of Agents. Provident Trust Group reserves the right to contact the Account Owner to confirm the sale or purchase of an asset. Provident Trust Group has the right to rely on any presentations and/or warranties made by my Agent in connection with the sale or purchase of an asset on behalf of my Account, including but not limited to, representation with regard to prohibited transactions and asset suitability requirements. I hold Provident Trust Group, LLC harmless for any information provided to my above named agent, their employees, and/or designees in accordance with this Agent Authorization. As the Account Owner, I realize I have the right to revoke my Agent's authority at any time, but must do so in writing.

## Section 4 — Fee Schedule

| | ESTABLISHMENT FEE (ONE-TIME) | CUSTODIAL FEE (ANNUAL) | DOCUMENT FEE (ANNUAL) |
|---|---|---|---|
| ACCOUNT FEE | $50 (waived) | $25 | $250 |

**MAIL FEES**
Priority Mail ........................................................................................................................................ $15
Overnight Mail ..................................................................................................................................... $35

**PROCESSING FEES**
Next-Day Service *(All requests must be received by 10AM PST and in good order to be processed the following business day)* ........ $50
Same-Day Service *(All requests for same-day service must be received prior to 10AM PST and in good order)* ........ $100

Note: There may be certain fees and charges connected with the investment instructions you may have selected for your Account. These fees may include but are not limited to: Sales commissions, distribution fees, annual maintenance fees, investment management fees, set-up fees, and surrender or termination fees. Refer to your plan document for a detailed description of what fees or restrictions may apply.

**TRANSACTION FEES**

| | | | |
|---|---|---|---|
| Distribution to Account Owner–Check | $35 | Wire to Maintain Current Investment | $35 |
| Distribution to Account Owner–Wire | $50 | Wire Purchase New Investment | $35 |
| Wire Transfer Out | $50 | International Wire | $50 |
| Check Transfer Out | $35 | Real Estate Purchase Fee | $100 |
| Check to Maintain Current Investment | $10 | Recurring Check Distribution *(Monthly or Quarterly)* | $15 |
| Check Purchase New Investment | $35 | Recurring ACH Distribution *(Monthly or Quarterly)* | $10 |

**MISCELLANEOUS FEES[1]**

| | | | |
|---|---|---|---|
| Account Research | $100/hour | Roth Conversion Fee–1st asset *(Applicable to Every New Request)* | $95 |
| Account Termination | $250 | Each Additional Asset for Roth Conversion | $25 |
| Medallion Stamp | $25 | Rejected Credit Card / Returned (NSF) Check | $25 |
| Re-registration Fee–1st Asset | $95 | Incorrect/Incomplete Application Fee | $30/each |
| Re-registration Fee for Each Additional Asset | $25 | Cancellation of Application Fee | $10 |
| Processing for Returned Wire | $35 | Maintenance Fee[2] | $100/yr |
| Processing for Stop Payment on Check Sent Out | $35 | IRS Form Facilitation/Preparation Fee | $100/each |
| Re-characterization Fee–1st Asset | $95 | Legal Action Fee[3] | $150/hr |
| Re-characterization Fee for Each Additional Asset | $25 | Late Fee[4] | $50 |

[1] As part of its fees for services rendered to an account, Provident Trust Group may receive and retain interest and other income generated, including amounts paid to it by third-party financial institutions, upon depositing Un-Invested Cash Funds or placing deposits upon a client's direction. [2] Asset subject to dissolution, bankruptcy, receivership, or alternative disposition or status. [3] Relating to production of documents related to subpoena or legal action. [4] For failure to pay any outstanding invoice by provided deadline.

TR_FGC_IRA

## Section 5 — Beneficiary Information *(If Applicable)*

The following individual(s) or entity(ies) shall be my primary and/or contingent beneficiary(ies) of this account. If neither primary nor contingent is indicated, the individual or entity will be deemed to be a primary beneficiary. If more than one primary beneficiary is designated and no distribution percentages are indicated, the beneficiaries will be deemed to own equal share percentages. Multiple contingent beneficiaries with no share percentages indicated will also be deemed to share equally. If any primary or contingent beneficiary dies before I do, his or her interest and the interest of his or her heirs shall terminate completely, and the percentage share of any remaining beneficiary(ies) shall be increased on a pro rata basis. If no primary beneficiary(ies) survives me, the contingent beneficiary(ies) shall acquire the designated share of the account.

### Beneficiary 1

[X] Primary   [ ] Contingent

- First Name: Dawn
- M.I.: L.
- Last Name: Harrah
- Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip: [redacted]
- Social Security Number: [redacted]
- Date of Birth (MM-DD-YYYY): [redacted]
- Relationship: Spouse
- Share %: 100

### Beneficiary 2

[ ] Primary   [X] Contingent

- First Name: TIMOTHY
- M.I.: M
- Last Name: HARRAH
- Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip: [redacted]
- Social Security Number: [redacted]
- Date of Birth (MM-DD-YYYY): [redacted]
- Relationship: SON
- Share %: 34

### Beneficiary 3

[ ] Primary   [X] Contingent

- First Name: COLLEEN
- M.I.: D
- Last Name: HARRAH
- Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip: [redacted]
- Social Security Number: [redacted]
- Date of Birth (MM-DD-YYYY): [redacted]
- Relationship: DAUGHTER
- Share %: 33

## Section 6 — Spousal Consent *(If Applicable)*

Only required if your spouse is not listed as the primary beneficiary and you live in one of the following community property states: AZ, CA, ID, LA, NV, NM, TX, WA, WI.

[ ] I am not Married. If I become married in the future, I must complete a new IRA Designation of Beneficiary Form.

- Spouse's Signature:
- Spouse's Name: *(Please Type or Print)*
- Date:

This section should be reviewed if either the trust or the residence of the account holder is located in a community or marital property state and the account holder is married. Due to the important tax consequences of giving up one's community property interest, individual signing this section should consult with a competent tax or legal advisor. I am the spouse of the above-named account holder. I acknowledge that I have received a fair and reasonable disclosure of my spouse's property and financial obligations. Due to the important tax consequences of giving up my interest in this account, I have been advised to see a tax professional. I hereby give the account holder any interest I have in the funds or property deposited in this account and consent to the beneficiary designation(s) indicated above. I assume full responsibility for any adverse consequences that may result. No tax or legal advice was given to me by the Custodian or Administrator.

TR_FGC_IRA

## Section 5 — Beneficiary Information *(If Applicable)*

The following individual(s) or entity(ies) shall be my primary and/or contingent beneficiary(ies) of this account. If neither primary nor contingent is indicated, the individual or entity will be deemed to be a primary beneficiary. If more than one primary beneficiary is designated and no distribution percentages are indicated, the beneficiaries will be deemed to own equal share percentages. Multiple contingent beneficiaries with no share percentages indicated will also be deemed to share equally. If any primary or contingent beneficiary dies before I do, his or her interest and the interest of his or her heirs shall terminate completely, and the percentage share of any remaining beneficiary(ies) shall be increased on a pro rata basis. If no primary beneficiary(ies) survives me, the contingent beneficiary(ies) shall acquire the designated share of the account.

### Beneficiary 1

[ ] Primary  [X] Contingent

First Name: **MICHAEL**  M.I.: **B**  Last Name: **HARRAH**

Address: [redacted]  City: [redacted]  State: [redacted]  Zip: [redacted]

Social Security Number: [redacted]  Date of Birth (MM-DD-YYYY): [redacted]  Relationship: **SON**  Share %: **33**

### Beneficiary 2

[ ] Primary  [ ] Contingent

First Name:  M.I.:  Last Name:

Address:  City:  State:  Zip:

Social Security Number:  Date of Birth (MM-DD-YYYY):  Relationship:  Share %:

### Beneficiary 3

[ ] Primary  [ ] Contingent

First Name:  M.I.:  Last Name:

Address:  City:  State:  Zip:

Social Security Number:  Date of Birth (MM-DD-YYYY):  Relationship:  Share %:

## Section 6 — Spousal Consent *(If Applicable)*

Only required if your spouse is not listed as the primary beneficiary and you live in one of the following community property states: AZ, CA, ID, LA, NV, NM, TX, WA, WI.

[ ] I am not Married. If I become married in the future, I must complete a new IRA Designation of Beneficiary Form.

Spouse's Signature:  Spouse's Name: *(Please Type or Print)*  Date:

This section should be reviewed if either the trust or the residence of the account holder is located in a community or marital property state and the account holder is married. Due to the important tax consequences of giving up one's community property interest, individual signing this section should consult with a competent tax or legal advisor. I am the spouse of the above-named account holder. I acknowledge that I have received a fair and reasonable disclosure of my spouse's property and financial obligations. Due to the important tax consequences of giving up my interest in this account, I have been advised to see a tax professional. I hereby give the account holder any interest I have in the funds or property deposited in this account and consent to the beneficiary designation(s) indicated above. I assume full responsibility for any adverse consequences that may result. No tax or legal advice was given to me by the Custodian or Administrator.

TR_FGC_IRA

## Section 7 — Account Processing Options

If you would like expedited processing to establish this account, please select one of the options below. If no option is selected, "Normal Processing" will apply. Processing fees will be paid by the cash available in your account unless you indicate otherwise.

For "Next-Day" or "Same-Day" Service, all documents must be received, and in good order, by 10am PST.

- [X] **Normal Processing** — Processed within 3 business days.
- [ ] **Next-Day Service ($50.00)** — Processed by 4PM PST next business day.
- [ ] **Same-Day Service ($100.00)** — Processed within the same day.

## Section 8 — Account Owner Agreement & Authorization

- [ ] I want to pay all fees with the credit card information indicated in Section 2.
- [ ] I want to pay all fees with a check *(Make check Payable to "Provident Trust Group" and note "Fees for New Account" in the Memo section)*
- [X] I want to pay all fees with the funds in my account.

**Important: Please read before signing.**

I understand the eligibility requirements for the type of IRA deposit I am making and I state that I do qualify to make the deposit. I have received a copy of the Application, the IRA Custodial Account Agreement, Disclosure Statement, Money Market Account Disclosure, and the Fee Schedule & Financial Disclosure. I understand that the terms and conditions which apply to this IRA are contained in this Application and the Plan Agreement. I agree to be bound by those terms and conditions. Within seven (7) days from the date I open this IRA I may revoke it without penalty by mailing or delivering a written notice to the Custodian. I assume complete responsibility for 1) determining that I am eligible for an IRA each year I make a contribution, 2) ensuring that all contributions I make are within the limits set forth by the tax laws, and 3) the tax consequences of any contribution (including rollover contributions) and distributions.

- [X] I have reviewed the Agent Authorization and Fee Schedule listed above, and received the above named disclosure documents.

Account Owner Signature: *(signed) Mark R. Harrah*
Account Owner Name: *(Please Type or Print)* MARK R. Harrah
Date: 10/31/17

**Congratulations! You are now able to submit your completed application.**



Print, sign, and mail (or Email) your application.
Before you mail in your application, please remember to *review all completed information* prior to signing your application. Please remember to include a legible, color photocopy of a valid photo identification. When ready, mail or email your completed documents to:

Mail Applications to: **Provident Trust Group, LLC**
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

OR

Email Applications to: **info@trustprovident.com**

*Submitted*
*12/29/17*


TR_FGC_IRA


**PROVIDENT TRUST GROUP**

# Individual Retirement Account
Traditional • (Roth)

Client Services: (888) 855-9856 • info@trustprovident.com

## Section 1 — Account Owner Information

**Type of IRA:** [ ] Traditional  [X] Roth
**Title:** MR
**First Name:** MARK
**M.I.:** R.
**Last Name:** Harrah

**Street Address:** [redacted]
**City:** [redacted]
**State:** [redacted]
**Zip:** [redacted]

**Mailing Address:** (If Different Than Above)
**City:**
**State:**
**Zip:**

**Primary Phone:** [redacted]
**Alternate Phone:**
**Fax Number:**

**Social Security Number:** [redacted]
**Date of Birth:** (MM-DD-YYYY) [redacted]
**Email Address:** [redacted]

**Photo Identification:** DL — IL
**Identification Number:** [redacted]

⚠ Please attach a legible color copy of a valid photo ID.

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: When you open an account, we will ask your name, address, date of birth, social security number or tax identification number and other information that will allow us to identify you. This information will be verified to ensure the identity of all persons opening an account. In certain instances, Provident Trust Group ("PTG") is required to collect documents to fulfill its legal obligation. Documents provided in connection with your application will be used solely to establish and verify a customer's identity, and PTG shall have no obligation with respect to the terms of any such document.

## Section 2 — Credit Card Authorization

**Card Type:** [ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express
**Name of Card Holder:**

**Billing Address:**
**City:**
**State:**
**Zip:**

**Card Number:**
**Expiration Date:** MM ____ YYYY ____

Your Custodian requires that all Account Owners maintain a valid credit card on file to maintain their account. The Account Owner gives the Custodian the right to charge the Account Owner's card or debit cash from their account if their preferred method of payment fails. Account Owner reserves the right to terminate the deduction at any time but must do so in writing. The Custodian is not liable for Account Owner's failure to notify the Custodian of alternative payment.

Alternatively, if the undersigned has provided credit card information to the Custodian to maintain on file, the undersigned gives the Custodian the right to charge the undersigned's card or debit cash from their account if the Account Owner's preferred method of payment fails.

_____
Card Holder's Signature

TR_FGC_IRA

## Section 3 — Agent / Individual Authorization (If Applicable)

Complete this section if you would like to authorize an individual the ability to discuss account information on your behalf. This individual will have informational access ONLY.

| First Name: | Last Name: | Business Name: |
|---|---|---|
| N/A | N/A | Goldstone Financial Group |

| Address: | City: | State: | Zip: |
|---|---|---|---|
| 18W140 Butterfield Rd. Suite 1490 | Oakbrook Terrace | IL | 60181 |

Phone:  Fax:  Email Address:

Passcode: (4 Digits)  1974  (Select a 4-digit password that we can use to identify you as the agent.)

Provident Trust Group does NOT issue any monetary distributions at the direction of Agents. Provident Trust Group reserves the right to contact the Account Owner to confirm the sale or purchase of an asset. Provident Trust Group has the right to rely on any presentations and/or warranties made by my Agent in connection with the sale or purchase of an asset on behalf of my Account, including but not limited to, representation with regard to prohibited transactions and asset suitability requirements. I hold Provident Trust Group, LLC harmless for any information provided to my above named agent, their employees, and/or designees in accordance with this Agent Authorization. As the Account Owner, I realize I have the right to revoke my Agent's authority at any time, but must do so in writing.

## Section 4 — Fee Schedule

| | ESTABLISHMENT FEE (ONE-TIME) | CUSTODIAL FEE (ANNUAL) | DOCUMENT FEE (ANNUAL) |
|---|---|---|---|
| ACCOUNT FEE | $50 (waived) | $25 | $250 |

**MAIL FEES**
Priority Mail .................................................................................................................................................. $15
Overnight Mail .............................................................................................................................................. $35

**PROCESSING FEES**
Next-Day Service (All requests must be received by 10AM PST and in good order to be processed the following business day) .............. $50
Same-Day Service (All requests for same-day service must be received prior to 10AM PST and in good order) .......................... $100

Note: There may be certain fees and charges connected with the investment instructions you may have selected for your Account. These fees may include but are not limited to: Sales commissions, distribution fees, annual maintenance fees, investment management fees, set-up fees, and surrender or termination fees. Refer to your plan document for a detailed description of what fees or restrictions may apply.

**TRANSACTION FEES**

| | | | |
|---|---|---|---|
| Distribution to Account Owner–Check | $35 | Wire to Maintain Current Investment | $35 |
| Distribution to Account Owner–Wire | $50 | Wire Purchase New Investment | $35 |
| Wire Transfer Out | $50 | International Wire | $50 |
| Check Transfer Out | $35 | Real Estate Purchase Fee | $100 |
| Check to Maintain Current Investment | $10 | Recurring Check Distribution (Monthly or Quarterly) | $15 |
| Check Purchase New Investment | $35 | Recurring ACH Distribution (Monthly or Quarterly) | $10 |

**MISCELLANEOUS FEES[1]**

| | | | |
|---|---|---|---|
| Account Research | $100/hour | Roth Conversion Fee–1st asset (Applicable to Every New Request) | $95 |
| Account Termination | $250 | Each Additional Asset for Roth Conversion | $25 |
| Medallion Stamp | $25 | Rejected Credit Card / Returned (NSF) Check | $25 |
| Re-registration Fee–1st Asset | $95 | Incorrect/Incomplete Application Fee | $30/each |
| Re-registration Fee for Each Additional Asset | $25 | Cancellation of Application Fee | $10 |
| Processing for Returned Wire | $35 | Maintenance Fee[2] | $100/yr |
| Processing for Stop Payment on Check Sent Out | $35 | IRS Form Facilitation/Preparation Fee | $100/each |
| Re-characterization Fee–1st Asset | $95 | Legal Action Fee[3] | $150/hr |
| Re-characterization Fee for Each Additional Asset | $25 | Late Fee[4] | $50 |

[1]As part of its fees for services rendered to an account, Provident Trust Group may receive and retain interest and other income generated, including amounts paid to it by third-party financial institutions, upon depositing Un-Invested Cash Funds or placing deposits upon a client's direction. [2]Asset subject to dissolution, bankruptcy, receivership, or alternative disposition or status. [3]Relating to production of documents related to subpoena or legal action. [4]For failure to pay any outstanding invoice by provided deadline.

TR_FGC_IRA

| Section 5 | Beneficiary Information *(If Applicable)* |

The following individual(s) or entity(ies) shall be my primary and/or contingent beneficiary(ies) of this account. If neither primary nor contingent is indicated, the individual or entity will be deemed to be a primary beneficiary. If more than one primary beneficiary is designated and no distribution percentages are indicated, the beneficiaries will be deemed to own equal share percentages. Multiple contingent beneficiaries with no share percentages indicated will also be deemed to share equally. If any primary or contingent beneficiary dies before I do, his or her interest and the interest of his or her heirs shall terminate completely, and the percentage share of any remaining beneficiary(ies) shall be increased on a pro rata basis. If no primary beneficiary(ies) survives me, the contingent beneficiary(ies) shall acquire the designated share of the account.

## Beneficiary 1

[X] Primary   [ ] Contingent

First Name: Dawn
M.I.: L.
Last Name: Harrah

Address: [redacted]
City: [redacted]
State: [redacted]
Zip: [redacted]

Social Security Number: [redacted]
Date of Birth (MM-DD-YYYY): [redacted]
Relationship: Spouse
Share %: 100

## Beneficiary 2

[ ] Primary   [X] Contingent

First Name: TIMOTHY
M.I.: M
Last Name: HARRAH

Address: [redacted]
City: [redacted]
State: [redacted]
Zip: [redacted]

Social Security Number: 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
Date of Birth (MM-DD-YYYY): 02-11-1981
Relationship: SON
Share %: 34

## Beneficiary 3

[ ] Primary   [X] Contingent

First Name: COLLEEN
M.I.: D
Last Name: HARRAH

Address: [redacted]
City: [redacted]
State: [redacted]
Zip: [redacted]

Social Security Number: [redacted]
Date of Birth (MM-DD-YYYY): [redacted]
Relationship: DAUGHTER
Share %: 33

| Section 6 | Spousal Consent *(If Applicable)* |

Only required if your spouse is not listed as the primary beneficiary and you live in one of the following community property states: AZ, CA, ID, LA, NV, NM, TX, WA, WI).

[ ] I am not Married. If I become married in the future, I must complete a new IRA Designation of Beneficiary Form.

Spouse's Signature: 
Spouse's Name: *(Please Type or Print)*
Date:

This section should be reviewed if either the trust or the residence of the account holder is located in a community or marital property state and the account holder is married. Due to the important tax consequences of giving up one's community property interest, individual signing this section should consult with a competent tax or legal advisor. I am the spouse of the above-named account holder. I acknowledge that I have received a fair and reasonable disclosure of my spouse's property and financial obligations. Due to the important tax consequences of giving up my interest in this account, I have been advised to see a tax professional. I hereby give the account holder any interest I have in the funds or property deposited in this account and consent to the beneficiary designation(s) indicated above. I assume full responsibility for any adverse consequences that may result. No tax or legal advice was given to me by the Custodian or Administrator.

TR_FGC_IRA

## Section 5 | Beneficiary Information (If Applicable)

The following individual(s) or entity(ies) shall be my primary and/or contingent beneficiary(ies) of this account. If neither primary nor contingent is indicated, the individual or entity will be deemed to be a primary beneficiary. If more than one primary beneficiary is designated and no distribution percentages are indicated, the beneficiaries will be deemed to own equal share percentages. Multiple contingent beneficiaries with no share percentages indicated will also be deemed to share equally. If any primary or contingent beneficiary dies before I do, his or her interest and the interest of his or her heirs shall terminate completely, and the percentage share of any remaining beneficiary(ies) shall be increased on a pro rata basis. If no primary beneficiary(ies) survives me, the contingent beneficiary(ies) shall acquire the designated share of the account.

### Beneficiary 1

☐ Primary   ☒ Contingent

First Name: MICHAEL   M.I.: B   Last Name: HARRAH

Address: [redacted]   City:   State:   Zip:

Social Security Number: [redacted]   Date of Birth: (MM-DD-YYYY) [redacted]   Relationship: SON   Share %: 33

### Beneficiary 2

☐ Primary   ☐ Contingent

First Name:   M.I.:   Last Name:

Address:   City:   State:   Zip:

Social Security Number:   Date of Birth: (MM-DD-YYYY)   Relationship:   Share %:

### Beneficiary 3

☐ Primary   ☐ Contingent

First Name:   M.I.:   Last Name:

Address:   City:   State:   Zip:

Social Security Number:   Date of Birth: (MM-DD-YYYY)   Relationship:   Share %:

## Section 6 | Spousal Consent (If Applicable)

Only required if your spouse is not listed as the primary beneficiary and you live in one of the following community property states: AZ, CA, ID, LA, NV, NM, TX, WA, WI).

☐ I am not Married. If I become married in the future, I must complete a new IRA Designation of Beneficiary Form.

Spouse's Signature:   Spouse's Name: (Please Type or Print)   Date:

This section should be reviewed if either the trust or the residence of the account holder is located in a community or marital property state and the account holder is married. Due to the important tax consequences of giving up one's community property interest, individual signing this section should consult with a competent tax or legal advisor. I am the spouse of the above-named account holder. I acknowledge that I have received a fair and reasonable disclosure of my spouse's property and financial obligations. Due to the important tax consequences of giving up my interest in this account, I have been advised to see a tax professional. I hereby give the account holder any interest I have in the funds or property deposited in this account and consent to the beneficiary designation(s) indicated above. I assume full responsibility for any adverse consequences that may result. No tax or legal advice was given to me by the Custodian or Administrator.

TR_FGC_IRA

## Section 7 | Account Processing Options

If you would like expedited processing to establish this account, please select one of the options below. If no option is selected, "Normal Processing" will apply. Processing fees will be paid by the cash available in your account unless you indicate otherwise.

For "Next-Day" or "Same-Day" Service, all documents must be received, and in good order, by 10am PST.

[X] **Normal Processing**
Processed within 3 business days.

[ ] **Next-Day Service** *($50.00)*
Processed by 4PM PST next business day.

[ ] **Same-Day Service** *($100.00)*
Processed within the same day.

## Section 8 | Account Owner Agreement & Authorization

[ ] I want to pay all fees with the credit card information indicated in Section 2.

[ ] I want to pay all fees with a check *(Make check Payable to "Provident Trust Group" and note "Fees for New Account" in the Memo section)*

[X] I want to pay all fees with the funds in my account.

**Important: Please read before signing.**
I understand the eligibility requirements for the type of IRA deposit I am making and I state that I do qualify to make the deposit. I have received a copy of the Application, the IRA Custodial Account Agreement, Disclosure Statement, Money Market Account Disclosure, and the Fee Schedule & Financial Disclosure. I understand that the terms and conditions which apply to this IRA are contained in this Application and the Plan Agreement. I agree to be bound by those terms and conditions. Within seven (7) days from the date I open this IRA I may revoke it without penalty by mailing or delivering a written notice to the Custodian. I assume complete responsibility for 1) determining that I am eligible for an IRA each year I make a contribution, 2) ensuring that all contributions I make are within the limits set forth by the tax laws, and 3) the tax consequences of any contribution (including rollover contributions) and distributions.

[X] I have reviewed the Agent Authorization and Fee Schedule listed above, and received the above named disclosure documents.

| Account Owner Signature: | Account Owner Name: *(Please Type or Print)* | Date: |
|---|---|---|
| *[signature]* | MARK R. HARRAH | 10/31/17 |

### Congratulations! You are now able to submit your completed application.



**Print, sign, and mail (or Email) your application.**
Before you mail in your application, please remember to *review all completed information* prior to signing your application. Please remember to include a legible, color photocopy of a valid photo identification. When ready, mail or email your completed documents to:

Mail Applications to: **Provident Trust Group, LLC**
8880 W. Sunset Rd., Ste 250
Las Vegas, NV 89148

OR

Email Applications to: **info@trustprovident.com**