IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MARK R. HARRAH ROTH IRA, et al.**

      **Plaintiffs,**

  v.

                                                    **No. 18 cv 6643**

**GOLDSTONE FINANCIAL GROUP
LLC, at al.,**

      **Defendants.**

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties stipulate to the dismissal of this action without prejudice, with each side to bear its own costs and fees.

Dated: February 5, 2019                    Respectfully submitted,

                                                          *Howard B. Prossnitz /s/*
                                                          Howard B. Prossnitz, Esq.
                                                          prossnitzlaw@gmail.com
                                                         Law Offices of Howard Prossnitz
                                                          1014 Ontario Street
                                                          Oak Park, IL 60302
                                                          Telephone: (708) 207-5747
                                                          Facsimile: (708) 386-6443

                                                          *Attorney for Plaintiffs*

*Colby Anne Kingsbury, Esq./s/*
Faegre Baker Daniels LLP
311 South Wacker
Suite 4400
Chicago, IL 60606
312 212-6573
312 2121-6501 fax
Colby.kingsburg@FaegreBD.com

*Attorney for Defendants*

## Certificate of Service

    I, Howard Prossnitz, an attorney, served a copy on counsel of record through the Court's e-filing system on this 5th day of February 2019.

*Howard B. Prossnitz /s/*