IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**MARK R. HARRAH ROTH IRA, et al.**

    **Plaintiffs,**

  v.

                                  No. 18 cv 6643

**GOLDSTONE FINANCIAL GROUP LLC, at al.,**

    **Defendants.**

## STIPULATION TO DISMISS WITH PREJUDICE

This case having been previously dismissed without prejudice, the parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own costs and fees.

Dated: April 30, 2019                    Respectfully submitted,

                                          *Howard B. Prossnitz /s/*
                                          Howard B. Prossnitz, Esq.
                                          prossnitzlaw@gmail.com
                                          Law Offices of Howard Prossnitz
                                          1014 Ontario Street
                                          Oak Park, IL 60302
                                          Telephone: (708) 207-5747
                                          Facsimile: (708) 386-6443

                                          *Attorney for Plaintiffs*

*Colby Anne Kingsbury, Esq./s/*
Faegre Baker Daniels LLP
311 South Wacker
Suite 4400
Chicago, IL 60606
312 212-6573
312 2121-6501 fax
Colby.kingsburg@FaegreBD.com

*Attorney for Defendants*

## Certificate of Service

I, Howard Prossnitz, an attorney, served a copy on counsel of record through the Court's e-filing system on this 30th day of April, 2019.

*Howard B. Prossnitz /s/*